UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Dennis A. Nunez

                Defendant.

Case No.: 25MJ436 (KPB)

**ORDER OF DISMISSAL**

18 USC 641

---

Motion by the Government to dismiss Count 2 of the Misdemeanor Complaint 14PD is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 8 day of August, 2025
White Plains, New York